IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
MATTHEW CRAIG BROWNLEE and          )          BK. NO. 12-72232
TRACIE ANN BROWNLEE                 )
                                    )
                                    )
DEBTORS                             )          CHAPTER 13

## CHAPTER 13 PLAN

　　　　1.　　　The future earnings of the debtors are submitted to the supervision and control of the Chapter 13 Trustee and the debtors, or the debtor's employer, shall pay to the Trustee the sum of $130.00 monthly for a period of 48 months, or until completion of the Chapter 13 Plan.  The total payments to the Trustee shall total $6,240.00 plus their federal and Illinois state income tax refunds as described in paragraph 6 below during the plan.

　　　　2.　　　From the payment so received the Trustee shall make disbursements as follows:

### PRIORITY CLAIMS:

The following claims are entitled to priority under 11 U.S.C. 507 in the following amounts:

Attorney fees:  $2,700.00.  Payment of attorney's fees will be paid pursuant to 11 U.S.C. 1326(a).

The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. 586(e).

Payments for real estate taxes, Internal Revenue Service and Illinois Department of Revenue.　　　Illinois Dept. Of Revenue　　　　　$900.00

The Trustee shall pay all Court costs billed to the Trustee by the Clerk of the Bankruptcy Court.

### SECURED DEBTS:

From the payments received the Trustee will pay the following secured creditors:

| creditor | collateral | amt to be pd |
|---|---|---|
| Capital One Auto Finance | 2004 Chev. Avalanche (arrearage) | $2,000.00 |

The only remaining secured debts of the debtors are as follows and will be paid directly by debtors:

| creditor | collateral | amt to be pd mthly |
|---|---|---|
| Capital One Auto Finance | 2004 Chevrolet Avalanche | $481.25 |
| CNCA | 2004 Mitsubishi Eclipse | $392.64 |

Debtors propose to return the following collateral to the following secured creditors and to include any deficiency balance pursuant to the loan as an unsecured claim.

GE Capital              2008 Yamaha Raptor and 2008 Arctic Cat

**UNSECURED CLAIMS:**

From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $-0- which will be paid pro-rata to unsecured claims.  The anticipated dividend to unsecured creditors would be -0-%.

3.      The Trustee shall make no payment in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $15.00.

4.      The effective date of this Plan will be the date of the Order confirming the plan.

5.      Property of the estate will vest in the debtors at the time of confirmation of the Plan, unless otherwise stated in the order confirming the plan, except all property of the estate under Sections 541 and 1306 continue to be property of the estate post-confirmation.

6.      The debtors are required to turn over to the Trustee 100% of all federal and state income tax refunds received by them during the term of the plan, excepting only any federal income tax refund constituting earned income credit and/or child tax credit, and any refund from withholdings under $1,500.00.  The debtors are required to provide the Trustee with copies of both the federal and state income tax returns, including all the schedules filed, within 15 days of filing and in no case later than April 15 of each year of the plan. The refunds will be added to the base amount in order to increase the percentage of payback to unsecured creditors.

7.      If Debtor Tracie Ann Brownlee obtains employment she shall notify the Trustee within 7 days.

Dated: October 12, 2012

                                        Respectfully submitted,

                                        MATTHEW CRAIG BROWNLEE
                                        and TRACIE ANN BROWNLEE,
                                        Debtors

/s/ MATTHEW CRAIG BROWNLEE        BY:   BARR & BARR,
                                        Attorneys at Law


/s/ TRACIE ANN BROWNLEE          BY:   /s/ Jay Barr_____

BARR & BARR
Attorneys at Law
1301 E. Mound Rd.
P.O. Box 50
Decatur, IL  62525-0050
(217) 875-5311
*c:\wp\temporary\brownleem\13p*