## CHAPTER 13 CONFIRMATION REPORT

Debtor Name:                                          Case No.

_____

_____

Attorney for Debtor present:_____

Appearances at First Meeting:_____

_____

_____

**Trustees Recommendation:**

_____  Confirm _____ Plan as filed: Enter text order if no creditor objections are filed

_____  Confirm _____Plan with the following changes: Increase the plan payments to

_____

_____  Amended Plan to be filed within ____days.

_____  Request for Confirmation Hearing because _____

_____

_____  Request Valuation Hearing

_____  Other: _____

_____

_____

_____


_____            Date: _____
 John H. Germeraad,  Chapter 13 Trustee


_____            Date: _____
 Attorney for Debtor(s) or Debtor(s)